IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20937
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ADOLFO CALLEJA-LOPEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-158-ALL
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defenders (AFPDs) appointed to represent Adolfo Calleja-Lopez have filed a motion to withdraw from representation of Calleja and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Calleja has not responded to the AFPDs' brief. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the APPDs' motion to withdraw is GRANTED; the AFPDs are excused from further responsibilities herein and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.